**Kris Alan HAHN, Appellant,**

v.

**Thomas E. BAUER; Mark S. Wernick; J. Marshall; Peter Sichko; Michael O. Freeman; City of Minnespolis; County of Hennepin, Appellees.**

No. 10–1699.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 7, 2010.

Filed: Sept. 17, 2010.

Kris Alan Hahn, Elk River, MN, pro se.

Richard John Thomas, Burke & Thomas, St. Paul, MN, for John Steven Garry, Attorney General's Office, St. Paul, MN, Toni Ann Beitz, Minneapolis, MN, James

---

1. The HONORABLE SUSAN WEBBER WRIGHT, United States District Judge for the Eastern District of Arkansas.

Anthony Moore, Assistant, Minneapolis City Attorney, Minneapolis, MN, for Appellees.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Kris Hahn appeals the district court's[1] order dismissing his civil action. Having carefully reviewed the record de novo, *see Strand v. Diversified Collection Serv. Inc.,* 380 F.3d 316, 317 (8th Cir.2004), and Hahn's arguments on appeal, we conclude that this appeal fails. We agree with the district court that the claims dismissed with prejudice for failure to state a claim were not viable claims under 42 U.S.C. § 1983, and we find that the district court did not abuse its discretion in declining to exercise supplemental jurisdiction over the state law claims, which were properly dismissed without prejudice.[2]

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.

2. Hahn also challenges the magistrate judge's denial of leave to amend his complaint, but that ruling is not properly before us because Hahn failed to object timely to the order.